UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIEU HA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GOOD CHEVROLET, a Washington corporation; JPMORGAN CHASE BANK, N.A., a national bank,<br><br>Defendants. | CASE NO. 2:20-cv-1651-RSM<br><br>STIPULATION AND ORDER ADJUSTING DEADLINES |

## **STIPULATION**

COME NOW, the parties undersigned, by and through their respective attorneys of record if the party is represented by an attorney, and hereby stipulate and agree that certain deadlines in this matter be postponed for thirty (30) days as the parties work toward resolution of the case. Said deadlines shall be adjusted as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| FRCP 26(f) Conference | 12/22/20 | 01/22/21 |

STIPULATION AND ORDER ADJUSTING DEADLINES
CASE NO. 2:20-cv-1651
Page 1 of 4
lw / c:\users\lowellwilliams\desktop\hua c20-1651 stip order adjust ddls.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

| | | |
|---|---|---|
| Initial Disclosures | 12/29/20 | 01/29/21 |
| Combined Joint Status Report & Discovery Plan | 01/05/21 | 02/05/21 |

Dated this 17th day of December, 2020.

DAVIES PEARSON, P.C.           LANE POWELL, PC

 /s/ THOMAS L. DASHIELL_____    /S/ BRIAN C. TAYLOR_____
BRIAN M. KING, WSB #29197            Bryan C. Taylor, WSBA#55642
THOMAS L. DASHIELL, WSBA#49567       John S. Devlin, III, WSBA #23988
Attorneys for Good Chevrolet, Inc.   Attorneys for JPMORGAN CHASE BANK, N.A.


  /S/ HIEU HA_____
Hieu Ha, Plaintiff Pro Se

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following the deadlines for Initial Disclosures, Joint Status Report, and Early Settlement (Document 13) are amended as follows:

| **Event** | **New Deadline** |
|---|---|
| FRCP 26(f) Conference | 01/22/21 |
| Initial Disclosures | 01/29/21 |
| Combined Joint Status Report & Discovery Plan | 02/05/21 |

STIPULATION AND ORDER ADJUSTING DEADLINES
CASE NO.  2:20-cv-1651
Page 2 of 4
lw / c:\users\lowellwilliams\desktop\hua c20-1651 stip order adjust ddls.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1

2   DATED this 18th day of December, 2020.

3

4

5

6   _____
   RICARDO S. MARTINEZ
7   CHIEF UNITED STATES DISTRICT
   JUDGE
8

9   Presented by:

10  DAVIES PEARSON, P.C.

11

12   /S/ THOMAS L. DASHIELL_____
    BRIAN M. KING, WSB #29197
13  THOMAS L. DASHIELL, WSBA#49567
    Attorneys for Good Chevrolet, Inc.
14

15  Approved by:                                   Approved by:

16  LANE POWELL, PC

17

18   /S/ BRIAN C. TAYLOR_____       /S/ HIEU HA_____
    Bryan C. Taylor, WSBA#55642                Hieu Ha, Plaintiff Pro Se
19  John S. Devlin, III, WSBA #23988
    Attorneys for JPMORGAN CHASE BANK, N.A.
20

21

22

23

24  STIPULATION AND ORDER ADJUSTING
    DEADLINES                                      **DAVIES PEARSON, P.C.**
25  CASE NO.  2:20-cv-1651                          ATTORNEYS AT LAW
    Page 3 of 4                                    920 FAWCETT -- P.O. BOX 1657
                                                   TACOMA, WASHINGTON 98401
26  lw / c:\users\lowellwilliams\desktop\hua c20-1651 stip order adjust ddls.docx   TELEPHONE (253) 620-1500
                                                   TOLL-FREE (800) 439-1112
                                                   FAX (253) 572-3052

# **CERTIFICATE OF SERVICE**

I certify that on the date indicated below I caused a copy of the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. Pursuant to their ECF agreement, the Clerk will send notice of this filing to the following person via email:

**Defendant/JPMorgan Chase Bank, N.A.**

Bryan C Taylor
taylorb@lanepowell.com; docketing-SEA@lanepowell.com; eltonp@lanepowell.com

John S Devlin , III
devlinj@lanepowell.com; Docketing-SEA@LanePowell.com; eltonp@lanepowell.com

The undersigned further certifies under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on the following person via:

**Plaintiff/Pro Se**
Hieu Ha
12826 163rd Ave. SE
Renton, WA 98059

[x]   First-Class Mail with Postage Prepaid and Deposited in Tacoma, Washington
[x]   Email: ngocvan@uw.edu

SIGNED this 17th day of December, 2020, at Tacoma, Washington.

/s/Kathy A. Bates
KATHY A. BATES
Legal Assistant

STIPULATION AND ORDER ADJUSTING DEADLINES
CASE NO.  2:20-cv-1651
Page 4 of 4
lw / c:\users\lowellwilliams\desktop\hua c20-1651 stip order adjust ddls.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052