THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIEU HA, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GOOD CHEVROLET, a Washington corporation; JPMORGAN CHASE BANK, N.A., a national bank,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 2:20-cv-1651-RSM<br><br>**STIPULATION FOR, AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>**(Clerk's Action Required)** |

　　　IT IS HEREBY STIPULATED between the parties, through Hieu Ha, the pro se plaintiff, and defendants by their attorneys undersigned, that all causes of action therein stated may be forthwith dismissed with prejudice and without fees or costs to any party, the same having been fully and finally settled out of court.

　　　DATED this 8th day of February, 2021.

STIPULATION FOR, AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS
CASE NO. 2:20-cv-1651
Page 1 of 3
lw / c:\users\lowellwilliams\desktop\ha c20-1561 stip order dismissal.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

DAVIES PEARSON, P.C.

/s/ HIEU VAN TRUNG HA
_____
HIEU VAN TRUNG HA
Pro Se Plaintiff

/S/ THOMAS L. DASHIELL
_____
THOMAS L. DASHIELL, WSB #49567
Attorneys for Defendant Good Chevrolet

LANE POWELL, PC

/S/ JOHN S. DEVLIN, III
_____
John S. Devlin, III, WSBA 23988
Attorney for Defendant
JP Morgan Chase Bank, N.A.

## ORDER OF DISMISSAL

Based upon the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that all causes of action between these parties be, and hereby is, dismissed with prejudice and without fees or costs to any party.

DATED this 9th day of February, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR, AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS
CASE NO.  2:20-cv-1651
Page 2 of 3
lw / c:\users\lowellwilliams\desktop\ha c20-1561 stip order dismissal.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

| | |
|---|---|
| Presented by: | Approved as to form & content, Notice of presentment waived: |
| | DAVIES PEARSON, P.C. |
| s/ HIEU VAN TRUNG HA | /S/ THOMAS L. DASHIELL |
| _____ | _____ |
| HIEU VAN TRUNG HA<br>Pro Se Plaintiff | THOMAS L. DASHIELL, WSB #49567<br>Attorneys for Defendant Good Chevrolet |

LANE POWELL, PC

/S/JOHN S. DEVLIN, III
_____
John S. Devlin, III, WSBA 23988
Attorney for Defendant
JP Morgan Chase Bank, N.A.

STIPULATION FOR, AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS
CASE NO.  2:20-cv-1651
Page 3 of 3
lw / c:\users\lowellwilliams\desktop\ha c20-1561 stip order dismissal.docx

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052